UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KEVIN D. CLANTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) No. 4:15-CV-172-RN |
| CAROLYN W. COLVIN, | ) |
| *Acting Commissioner of Social Security,* | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS Defendant's Motion for Remand. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing with additional vocational expert testimony.

This Judgment Filed and Entered on March 31, 2016 with service on:
Michael W. Bertics (via CM/ECF Notice of Electronic Filing)
George G. Davidson (via CM/ECF Notice of Electronic Filing)

Date: March 31, 2016                                        JULIE RICHARDS JOHNSTON, CLERK

                                                            /s/ Lauren Herrmann
                                                            Lauren Herrmann, Deputy Clerk